UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | ) Case No.:  2:14-CV-02649-WBS-DAD |
|        Plaintiff, | ) |
| | ) **ORDER** |
| v. | ) |
| GEB ORANGE GROVE PROPERTIES LLC, a California Limited Liability Company; HAJOCA CORPORATION, a Maine Corporation and Does 1-10, | ) ) ) ) ) |
|        Defendants. | ) ) |
| _____ | ) |

## <u>ORDER</u>

      The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.  A Status Conference is set in this action on 9/28/2015 at 02:00 PM in Courtroom 5 (WBS) before Senior Judge William B. Shubb , and shall be automatically vacated upon the submission of a stipulated dismissal by the parties.  The Pretrial Conference date of 22/23/2015 and the Trial date of 4/5/2016 are vacated.

**IT IS SO ORDERED.**

**Dated:  July 15, 2015**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE