# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case: 2:14-CV-02649-WBS-DAD |
| Plaintiff, | **ORDER** |
| v. | |
| GEB ORANGE GROVE PROPERTIES LLC, a California Limited Liability Company; HAJOCA CORPORATION, a Maine Corporation and Does 1-10, | |
| Defendants. | |

Pursuant to stipulation of the parties, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: July 29, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE